**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MALIKAH ROSE** **PLAINTIFF**

**v.** **No: 4:25-cv-1020-JM**

**FIS GLOBAL** **DEFENDANT**

# ORDER

Pursuant to the parties' stipulation filed October 9, 2026 (Doc. No. 16), this case is dismissed with prejudice. The Court will retain jurisdiction for thirty days as the settlement is being finalized.

IT IS SO ORDERED this 13th day of October, 2026.

UNITED STATES DISTRICT JUDGE